AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Robinson, James J. | U.S. Bankruptcy Ct. N. D. AL | 09/12/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse - Room 117
1129 Noble Street
Anniston, AL 36201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Development Committee member | Rainbow Omega, Inc. (home for adults with developmental disabilities) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1974 | Burr & Forman LLP Profit Sharing/Keogh Plan (former law firm-no control) |
| 2. 2006 | Burr & Forman LLP retired partner annuity (former law firm) |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Burr & Forman LLC - retired partner's annunity | $27,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Southern Company-retirement/pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cumberland School of Law | 10/05/2012 | Birmingham, AL | Speak at CLE seminar | seminar fee and lunch |
| 2. | AL. State Bar - Commercial Law Section | 06/07/2012 - 06/10/2012 | Sand Destin, FL | Speaker at CLE seminar | seminar fee, lodging, meals and mileage |
| 3. | U. Ala. School of Law | 11/16/2012 | Birmingham, AL | Speaker at CLE | seminar fee and lunch |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 09/12/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank USA, N.A. | Credit Card (VISA) | J |
| 2. | Merrill Lynch (Bank of America-FIA Card Services NA) | Credit Card (VISA) | J |
| 3. | Merrill Lynch (American Express) | Credit Card (American Express) | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 09/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▢ common stock Southern Co. | A | Dividend | J | T | Buy (add'l) | 2012 | J | | ▢ shrs add'l div reinvest |
| 2. ▢ Goldman Sachs Str US Equity Class A mutual fund | | None | J | T | | | | | see Part VIII |
| 3. WinSouth CU fka Community CU (deposit account) | A | Interest | J | T | | | | | |
| 4. Wells Fargo deposit accounts | A | Interest | L | T | | | | | |
| 5. Unimproved real estate lot-St. Simons Is., Georgia | | None | J | W | | | | | |
| 6. Manufacturers Life policies (2) | A | Int./Div. | J | T | | | | | |
| 7. Mass Mutual Life- American Century Value mutual fund | | None | K | T | | | | | |
| 8. Mass Mutual Life - guaranteed principal account | A | Interest | J | T | | | | | |
| 9. Unimproved real estate lot-Shelby Co., AL | | None | | | Sold | 11/09/12 | L | F | |
| 10. ▢ American Capital World Growth Income Fund | B | Dividend | L | T | Buy (add'l) | 2012 | J | | ▢ shrs add'l div reinvest |
| 11. ▢ American Growth Fund Class A | A | Dividend | L | T | Buy (add'l) | 2012 | J | | ▢ shrs add'l div reinvest |
| 12. Merrill Lynch Ready Assets Money Fund | A | Dividend | J | T | | | | | |
| 13. Federal Home Loan Mortgage Bond 5.125% | | None | | | Redeemed | 07/15/12 | L | A | |
| 14. Federal Home Loan Mortgage Bond 4.5% | B | Interest | K | T | | | | | |
| 15. Federal Home Loan Mortgage Bond 6.125% | B | Interest | K | T | | | | | |
| 16. American Legacy III annuity | | None | L | T | | | | | |
| 17. BIF Tax Exempt Money Fund | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 09/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federal Home Loan Mortgage Bond 4.5% | C | Interest | M | T | | | | | |
| 19. Common Stock Proassurance Corp. | A | Dividend | K | T | Buy (add'l) | 12/28/12 | J | | stock div  shrs |
| 20. American New Perspective Class A Mut. Fund | A | Dividend | L | T | Buy (add'l) | 2012 | J | |  shrs add'l div reinvest |
| 21. Blackrock Small Cap Indext Fund Class A | A | Dividend | J | T | | | | | |
| 22. FIA Card Servs Money Fund | A | Dividend | M | T | | | | | |
| 23. American Capital World Income Class A Mut. Fund | B | Dividend | L | T | Buy (add'l) | 2012 | J | |  shrs add' div reinvest |
| 24. American Capital Income Builder Class A Mut. Fund | C | Dividend | L | T | Buy (add'l) | 2012 | J | |  shrs add'l div reinvest |
| 25. American Growth Fund of America Class A Mut. Fund | A | Dividend | M | T | Buy (add'l) | 2012 | J | |  shrs add'l div reinvest |
| 26. American Fundamental Investors Fund | A | Dividend | L | T | Buy (add'l) | 2012 | J | |  shrs add'l div reinvest |
| 27. American New Perspective Fund | A | Dividend | L | T | Buy (add'l) | 2012 | J | |  shrs add'l div reinvest |
| 28. American Capital World Growth Income Fund Class A | A | Dividend | K | T | Buy (add'l) | 2012 | J | |  shrs add'l div reinvest |
| 29. American Growth Fund of America Class A | A | Dividend | K | T | Buy (add'l) | 2012 | J | |  shrs add'l div reinvest |
| 30. American Intr. Bond Fund Class A | D | Dividend | N | T | Buy (add'l) | 2012 | J | |  shs add'l div reinvest |
| 31. Purchase Options  in Southern Co. | | None | | | Expired | 2012 | | | see Part VIII |
| 32. Kraft Foods | A | Dividend | K | T | Redeemed (part) | 2012 | K | | see Part VIII |
| 33. Progress Energy | | None | | | Merged (with line 49) | 07/03/12 | | | see Part VIII |
| 34. NobleBank & Trust deposit account | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 09/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MetLife, Inc. | A | Dividend | J | T | | | | | |
| 36. National Grid PLC SP ADR | B | Dividend | K | T | | | | | |
| 37. Pfizer common | B | Dividend | K | T | Buy (add'l) | 03/23/12 | K | | add'l shrs |
| 38. Waste Management common | B | Dividend | K | T | | | | | |
| 39. American Income Fund of America | B | Dividend | K | T | Buy | 2012 | J | | shrs add'l div reinvest |
| 40. Goldman Sachs Group Inc. preferred | B | Dividend | K | T | | | | | |
| 41. Centurylink common | B | Dividend | K | T | | | | | |
| 42. Chevron Corp common | B | Dividend | K | T | Buy | 3/23/12 | K | | add'l shares |
| 43. Coca Cola common | B | Dividend | K | T | Buy (add'l) | 2012 | J | | shrs stock dividend |
| 44. DuPont EI de Nemours common | A | Dividend | K | T | | | | | |
| 45. Genuine Parts common | B | Dividend | K | T | | | | | |
| 46. Kimberly Clark common | B | Dividend | L | T | | | | | |
| 47. McDonalds Corp common | B | Dividend | K | T | Buy (add'l) | 03/23/12 | J | | add'l shrs |
| 48. Microsoft Corp common | B | Dividend | K | T | | | | | |
| 49. Duke Energy common | B | Dividend | K | T | | 07/03/12 | K | | see Part VIII |
| 50. Mondelez Int'l common | A | Dividend | K | T | Spinoff (from line 32) | 2012 | K | | see Part VIII |
| 51. Apple, Inc. common | A | Dividend | J | T | Buy | 03/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 09/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BaR1NA RASP (money fund) | A | Dividend | J | T | Open | 2012 | J | | |
| 53. Retirement Reserves (money fund) | A | Dividend | J | T | Open | 2012 | J | | |
| 54.     Alliance Berstein common | | | | | Sold | 03/23/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 09/12/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 2: In my 2011 Report I reported that this investment (Goldman Sachs Str US. Equity Class A mutual fund) was _____ in a small IRA account. I incorrectly reported in my 2011 Report that on an unknown date this investment had been liquidated and the proceeds rolled-over into another IRA managed by Merrill Lynch. I have since confirmed that Goldman Sachs was not made aware of _____ new address following our move after I was appointed to the bench, thus ___ had not been receiving periodic statements from Goldman Sachs and incorrectly assumed this investment had been liquidated. Goldman Sachs located our new address, contacted _____, and confirmed that the IRA account was still active as reported on Line 2 of Part VII. Please consider the foregoing as an amendment to my previous Reports.

Part VII - Line 31: The price to exercise the remaining options exceeded the stock purchase price, thus all remaining options were allowed to expire without being exercised.

Part VII - Lines 32 & 50: Shares in Kraft were redeemed in exchange for _____ Mondelez Int'l reported on line 50.

Part VII - Line 33 & 49: Progress Energy merged into Duke Energy. I acquired the Duke Energy stock reported on line 40 from the merger.

Part VII: The notation "___ shrs add'l div reinvest" appearing several times in column (5) of part D indicates that the particular mutual fund or stock paid a dividend that was reinvested to purchase the number of additional shares stated. Dividends were declared from time to time during 2012, often more than once during the year for any particular investment, so I did not list the exact date for each dividend and reinvestment.

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 09/12/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James J. Robinson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544